NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7023

JAMES C. GILMOUR,

Claimant-Appellant

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

,       Respondent-Appellee

Appeal from the United States Court of Appeals for Veterans Claims in
07-0086, Judge Bruce E. Kasold.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

The Secretary of Veterans Affairs moves without opposition for a four-day

extension of time, until June 26, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 29 2009

JAN HORBALY
CLERK

cc:   Kenneth M. Carpenter, Esq.
       Claudia Burke, Esq.

s17